USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/26/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHARBERN MANAGEMENT GROUP LLC,    :

                              :

                Plaintiff,    :

     -against-                :

                              :        22-CV-8137 (VEC)

                              :

BORAH, GOLDSTEIN, ALTSCHULER,    :        ORDER
NAHINS & GOIDEL, P.C.,

                              :

               Defendant.   :

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 26, 2023, the parties called the Undersigned's chambers to resolve a discovery dispute.

       IT IS HEREBY ORDERED that, as discussed during the call, Defendant's letter-motion to compel is due no later than **May 5, 2023**; Plaintiff's opposition is due no later than **May 15, 2023**.  Defendant's reply shall be due no later than **May 17, 2023**.  Defendant's letter-motion and Plaintiff's opposition are not to exceed five (5) pages in length, single-spaced.  Defendant's reply shall not exceed three (3) pages in length, single-spaced.

       IT IS FURTHER ORDERED that the fact discovery deadline is extended to **July 14, 2023**; the expert discovery deadline is extended to **September 29, 2023**.

       IT IS FURTHER ORDERED that the pretrial conference scheduled for May 19, 2023, is ADJOURNED to **Friday, July 21, 2023** at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint letter in advance of the conference is due no later than **July 13, 2023**.

2

**SO ORDERED.**

**Date:  April 26, 2023**
        **New York, New York**

_____
        **VALERIE CAPRONI**
        **United States District Judge**

2