USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CHARBERN MANAGEMENT GROUP LLC,  :
 :
                        Plaintiff,  :
       -against-  :
 :      22-CV-8137 (VEC)
 :
BORAH, GOLDSTEIN, ALTSCHULER,  :      ORDER
NAHINS & GOIDEL, P.C.,  :
 :
                     Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 15, 2023, the parties appeared for a post-discovery conference.

    IT IS HEREBY ORDERED that, as discussed at the conference, the deadline to complete expert discovery is ADJOURNED to **November 27, 2023**.

    IT IS FURTHER ORDERED that a status conference will be held on **Friday, December 1, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: **September 15, 2023**
       **New York, New York**

                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**