UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARBERN MANAGEMENT GROUP LLC, Plaintiff(s), v. BORAH, GOLDSTEIN, ALTSCHULER, NAHINS & GOIDEL, P.C., Defendant(s). | 22-CV-8137 (DEH) **NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

This case has been reassigned to the undersigned.  All counsel must familiarize

themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-dale-e-ho.  The in-person status conference scheduled for **Friday,**

**December 1, 2023, at 10:00 a.m. (E.T.)** will now take place remotely on Microsoft Teams.  The

parties shall dial 646-453-4442 and enter the phone conference ID: 323848645, followed by the

pound (#) sign.

By **November 22, 2023**, the parties shall file a status letter on ECF.  As stated in ECF

No. 13, such letter shall include the following information in separate paragraphs:

- a statement of all existing deadlines, due dates, and/or cut-off dates;

- a brief description of any outstanding motions;

- a brief description of the status of discovery and of any additional discovery that needs to be completed;

- a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

- a statement of the anticipated length of trial and whether the case is to be tried to a jury;

- a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony;

- any other issue that the parties would like to address at the pretrial conference; and

- any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

Unless and until the Court orders otherwise, all other prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.


SO ORDERED.


Dated: October 24, 2023
   New York, New York

              DALE E. HO
          United States District Judge