UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHABERN MANAGEMENT GROUP LLC,<br><br>                    Plaintiff(s),<br><br>v.<br><br>BORAH, GOLDSTEIN, ALTSCHULER,<br>NAHINS & GOIDEL, P.C.,<br><br>                    Defendant(s). | 22-CV-8137 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 24, 2023, the Court ordered the parties to submit a joint status letter on ECF by November 22, 2023. ECF No. 30. The parties did not request an extension, and that deadline has now passed. On November 16, 2023, the Court granted the parties' request for an adjournment of the post-discovery conference to January 26, 2024, at 10:00 a.m. (E.T.). Correspondingly, it is hereby ORDERED that the deadline for the parties' submission of a joint letter is adjourned to **January 18, 2024**. In addition to following the guidelines set forth in ECF Nos. 13 and 30, the letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

SO ORDERED.

Dated: November 28, 2023
       New York, New York

                                                DALE E. HO
                                          United States District Judge