

**LEWIS BRISBOIS**
LEWIS BRISBOIS BISGAARD & SMITH LLP

Jamie R. Wozman
77 Water Street, Suite 2100
New York, New York 10005
Jamie.Wozman@lewisbrisbois.com
Direct: 212.232.1346

**MEMO ENDORSED**

January 25, 2024

File No. 3000.157

> As discussed on the record on January 26, 2024, Defendant's request to serve a Subpoena Duces Tecum is GRANTED. SO ORDERED.
>
> The Clerk of Court is respectfully requested to terminate ECF No. 37.
>
> _/s/ Dale E. Ho_
> Dale E. Ho
> United States District Judge
>
> New York, New York
> Dated: January 26, 2024

The Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Charbern Management Group LLC v. Borah, Goldstein, Altschuler, Nahins & Goidel,* P.C. 1:22-CV-08137 (DEH)

Dear Judge Ho:

    We represent the defendant law firm in the above referenced legal malpractice action and write further to our correspondence dated January 18, 2024 (ECF Doc. No. 36).

    As we indicated in the aforesaid correspondence, the defendant produced its liability expert, Lanny Alexander, Esq., earlier this month for her deposition. Following her examination, the defendant determined that it needed to serve a Subpoena Duces Tecum upon the New York State Division of Housing and Community Renewal Office of Rent Administration ("DHCR") for documents relative to the regulatory status of the real property at issue in this case received by DHCR since plaintiff sold the property in November 2020. DHCR requires that all such subpoenas be So Ordered Judicial Subpoenas. Accordingly, during tomorrow's conference, counsel for defendant intends to request that the Court So Order a Subpoena Duces Tecum to DHCR, a copy of which is enclosed.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

135029033.1

January 25, 2024
Page 2

       Should you have any questions regarding the above, please contact the undersigned.

       Respectfully Submitted,

       /s/ Jamie R. Wozman

       Jamie R. Wozman of
       LEWIS BRISBOIS BISGAARD &
       SMITH LLP

JRW
Enclosure
cc:    Yitzchak E. Soloveichik, Esq.
       Counsel for Plaintiff