LEWIS BRISBOIS

Jamie R. Wozman
140 Broadway , Suite 3100
New York, New York 10005
Jamie.Wozman@lewisbrisbois.com
Direct: 212.232.1346

October 5, 2026

File No. 3000.157

**Via ECF**

The Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Charbern Management Group LLC, v. Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.*, Case No. 1:22-cv-08137-DEH - **Joint Letter Motion to Adjourn Trial Date**

Dear Judge Ho:

My firm represents Defendant Borah, Goldstein, Altschuler, Nahins & Goidel, P.C. ("Defendant") in the above referenced matter. Plaintiff Charbern Management Group LLC ("Plaintiff"), is represented by Bronstein, Gewirtz & Grossman, LLC.

The parties jointly submit this letter motion in accordance with your Individual Practices in Civil Cases Rules to respectfully request an adjournment of the current trial date of January 11, 2027, as set forth at ECF Doc. No. 70. This is the first request to adjourn the trial, and Plaintiff consents. The purpose of the request is to afford the parties additional time to attempt to settle the case and should settlement not be successful, time to conclude expert discovery.

By way of explanation, the parties are actively engaged in settlement negotiations. They have been communicating informally and have an in-person settlement conference scheduled before Judge Ona T. Wang on October 27, 2026, which is approximately two and a half months before the January 11, 2027 trial date. If the case does not settle, Defendant will need to retain a new expert, as its expert passed away, and both parties may require additional expert discovery. Two and a half months may be insufficient to complete those tasks.

In light of the foregoing, the parties respectfully request that the trial be adjourned to a date in March 2027. The parties are unavailable March 11 through March 19, and March 23, 2027; any other day in March 2027 is acceptable. If the Court cannot accommodate a March 2027 trial date, the parties respectfully request that the January 11, 2027 trial date remain in place.

Very truly yours,

/s/ *Jamie R. Wozman*

Jamie R. Wozman of
LEWIS BRISBOIS BISGAARD & SMITH LLP

JRW
cc: Counsel for all parties via ECF

Application **GRANTED**. Trial is is hereby set to begin **on March 1, 2027**. The Final Pretrial Conference is accordingly adjourned until **February 26, 2027 at 11:00 a.m.** The Clerk of Court is respectfully directed to close ECF No. 86.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Dale E. Ho
United States District Judge